1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Anthony Terrell Murrell,

               Plaintiff,

v.

Charles L. Ryan, et al.,

               Defendants.

No.   CV 14-00746-PHX-SPL (DKD)

**ORDER**

This case was dismissed with prejudice on January 29, 2015.  On August 14, 2019, Plaintiff filed a document titled "Resubmitting Motion to Dismiss Without Prejudice" (Doc. 21), in which he asserts that he previously filed a motion to dismiss this case without prejudice.  On September 16, 2019, Plaintiff filed a Notice (Doc. 23) stating that he filed a motion to dismiss without prejudice "while [he] was in ASPC-Yuma," and that he "can't be penalized" for prison authorities' failure to mail this motion to the Court.

Plaintiff cannot voluntarily dismiss a closed case, and he does not identify any valid basis for relief from the January 29, 2015 Judgment.  To the extent his Motion can be construed as a motion for relief from judgment filed pursuant to Federal Rule of Civil Procedure 60(b)(6), Plaintiff has failed to identify any extraordinary circumstances that prevented him from taking timely action to alter the January 29, 2015 Judgment.  *See Delay v. Gordon*, 475 F.3d 1039, 1044 (9th Cir. 2007) (explaining that Rule 60(b)(6) can only be used "where extraordinary circumstances prevented a party from taking timely action to

1   prevent or correct an erroneous judgment") (quoting *United States v. Alpine Land &*

2   *Reservoir Co.*, 984 F.2d 1047, 1049 (9th Cir. 1993)).

3        Accordingly,

4        **IT IS ORDERED** that:

5        (1)    Plaintiff's "Resubmitting Motion to Dismiss Without Prejudice" (Doc. 21) is

6               **denied**.

7        (2)    This case shall remain **closed**.

8        Dated this 1st day of October, 2019.

9

10

11                                        Honorable Steven P. Logan
                                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28